TRACY L. WILKISON
Acting United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
CEDINA M. KIM
Assistant United States Attorney
Senior Trial Attorney, Civil Division
JENNIFER A. KENNEY, CSBN 241625
Special Assistant United States Attorney
   160 Spear Street, Suite 800
   San Francisco, CA  94105
   Telephone:  (415) 977-8945
   Facsimile:  (415) 744-0134
   E-Mail:  Jennifer.A.Kenney@ssa.gov

Attorneys for Defendant Commissioner of Social Security

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LISA PALMER, | ) Case No. 2:20-cv-04683-AB-ADS |
| | ) |
| Plaintiff, | ) |
| | ) JUDGMENT OF REMAND |
| v. | ) |
| | ) |
| ANDREW SAUL, | ) |
| Commissioner of Social Security, | ) |
| | ) |
| Defendant. | ) |

     The Court having approved the parties' Stipulation to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment for Plaintiff ("Stipulation to Remand"), **IT IS HEREBY ORDERED, ADJUDGED**

-1-

1 **AND DECREED** that the above-captioned action is remanded to the

2
3 Commissioner of Social Security for further proceedings consistent with the

4 Stipulation to Remand.

Dated:  2/1/2021                    /s/ Autumn D. Spaeth
                                         HON. AUTUMN D. SPAETH
                                         UNITED STATES MAGISTRATE JUDGE